# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dennis M. Kamara,

        Petitioner,

Court File No.: 13-CV-797 (DSD/SER)

v.

**ORDER**

U.S. Department of Homeland Security,

        Respondent.

    Dennis M. Kamara, *Pro Se*, Carver County Jail, 606 East Fourth Street, Chaska, Minnesota, 55318.

    Gregory G. Brooker, Esq., United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Defendant.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated October 16, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein,

    IT IS HEREBY ORDERED that: Kamara's Writ of Habeas Corpus [Doc. No. 1] is **DENIED as moot**.

    LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: October 31, 2013

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court